IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICARDO LOPEZ,

    Petitioner,               No. CIV S-04-1598 GEB GGH P

  vs.

SCOTT KERNAN, et al.,

    Respondents.          <u>ORDER</u>

/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On March 11, 2005, the magistrate judge filed findings and recommendations herein which were served on petitioner and which contained notice to petitioner that any objections to the findings and recommendations were to be filed within twenty days.

1

1  Both parties have filed objections to the findings and
2  recommendations.
3          In accordance with the provisions of 28 U.S.C.
4  § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a
5  <u>de novo</u> review of this case.  Having carefully reviewed the
6  entire file, the court finds the findings and recommendations to
7  be supported by the record and by proper analysis.
8          Accordingly, IT IS HEREBY ORDERED that:
9          1.  The findings and recommendations filed March 11,
10 2005, are adopted in full; and
11         2.  The petitioner's application for a petition for
12 writ of habeas corpus is denied.
13 Dated:  May 5, 2005

                                /s/ Garland E. Burrell, Jr.
                                GARLAND E. BURRELL, JR.
                                United States District Judge

2